GEORGE BORGFELDT & Co., Appellant, *v.* GEORGE B. WOOD et al., Respondents.

*Borgfeldt* v. *Wood,* 92 Hun, 260, affirmed.
(Argued December 16, 1897; decided January 11, 1898.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered January 15, 1896, upon an order affirming a judgment in favor of defendants entered upon a verdict directed by the court.

*James Dunne* and *Charles E. Ide,* for appellant.

*Charles W. Andrews* for respondents.

Judgment and order affirmed, with costs, on opinion below.
All concur.

---

LEWIS R. STEGMAN, as Late Sheriff of Kings County, Respondent, *v.* HENRY S. HOLLINGSWORTH, Appellant.

*Stegman* v. *Hollingsworth,* 6 App. Div. 609, affirmed.
(Argued December 16, 1897; decided January 11, 1898.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 7, 1896, upon an order affirming a judgment in favor of plaintiff entered upon a verdict.

*Fernando Solinger* for appellant.

*George Lawyer* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.